No. 281. SWANN ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. C. A. 4th Cir. [Certiorari granted, 399 U. S. 926.] Motion of Jackson Urban League for leave to strike its name from *amici curiae* brief granted.

No. 5858. DAUGHERTY *v.* CRAVEN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 609. GRAHAM, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF ARIZONA *v.* RICHARDSON ET AL. Appeal from D. C. Ariz. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 727. SAILER ET AL. *v.* LEGER ET AL. Appeal from D. C. E. D. Pa. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 209. KAY *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 705. CHEMTRONICS, INC., ET AL. *v.* BECKMAN INSTRUMENTS, INC., ET AL.; and
No. 711. BECKMAN INSTRUMENTS, INC., ET AL. *v.* CHEMTRONICS, INC., ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 439 F. 2d 1369.

No. 708. TOWNSEND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 709. LONG ISLAND VIETNAM MORATORIUM COMMITTEE ET AL. *v.* CAHN, DISTRICT ATTORNEY OF NASSAU COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.